IN THE SUPREME COURT OF THE STATE OF DELAWARE

MICHAEL JONES, §
§
Defendant Below, §
Appellant, §
§
v. §
§
STATE OF DELAWARE, §
§
Plaintiff Below, §
Appellee. §

No. 25, 2017

Court Below—Superior Court
of the State of Delaware

Cr. ID No. 9911016309 (N)

Submitted: October 4, 2017
Decided: October 10, 2017

Before **VAUGHN**, **SEITZ**, and **TRAYNOR**, Justices.

## O R D E R

This 10th day of October 2017, having considered the briefs and the record below, it appears to the Court that the Superior Court's judgment summarily dismissing Petitioner's Amended Motion for Postconviction Relief should be affirmed on the basis of and for the reasons assigned in the Superior Court's December 16, 2016 Memorandum Opinion and Order.[1]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is hereby AFFIRMED.

BY THE COURT:

/s/ Gary F. Traynor

---

[1] *State v. Jones*, 2016 WL 7338591 (Del. Super. Ct. Dec. 16, 2016).